UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD, | No. 2:22-cv-0568 AC P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT BURTON, | |
| Defendant. | |

  Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed an in forma pauperis affidavit in which he states that as of May 20, 2022, he had $3,205.07 in his prison trust fund account. ECF No. 5 at 4.

  In order to commence an action, plaintiff must either pay both the $350.00 filing fee and the $52.00 administrative fee for a civil action or file an application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who submits an affidavit . . . that [he] is unable to pay such fee or give security therefor." 28 U.S.C. § 1915(a). The amount in plaintiff's prison trust fund account shows that plaintiff is

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the $350.00 filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $52.00 administrative fee.

1

able to pay the filing fee and costs.  Thus, plaintiff has made an inadequate showing of indigency. See Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir. 1995); Alexander v. Carson Adult High Sch., 9 F.3d 1448, 1449 (9th Cir. 1993).  Plaintiff will therefore be granted twenty-one days in which to submit the appropriate filing fee to the Clerk of Court.  Plaintiff is cautioned that failure to pay the fee will result in a recommendation that the application to proceed in forma pauperis be denied and the instant action be dismissed without prejudice.

      Accordingly, IT IS HEREBY ORDERED that, within twenty-one days from the date of this order, plaintiff shall submit the appropriate filing fee.

DATED: June 14, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE