1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CIRON B. SPRINGFIELD,                        No.  2:22-cv-0568 AC P

12                        Petitioner,

13          v.                                      ORDER

14    ROBERT BURTON, WARDEN,

15                        Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, seeks habeas relief pursuant to 28 U.S.C. §

18   2254 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  ECF

19   Nos. 1, 5.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

20   636(b)(1)(B) and Local Rule 302.

21          Petitioner has filed an in forma pauperis affidavit in which he states that as of May 20,

22   2022, he had $3,205.07 in his prison trust fund account.[1]  ECF No. 5 at 4.  Pursuant to federal

23   statute, a filing fee of $5.00 is required to commence a habeas corpus action in federal district

24   court.  28 U.S.C. § 1914(a).  The court may authorize the commencement of an action "without

25   prepayment of fees and costs or security therefor, by a person who makes affidavit that he is

26   unable to pay such costs or give security therefor."  28 U.S.C. § 1915(a).

27

28   [1]  On June 14, 2022, the court issued an order which incorrectly identified the nature of
     petitioner's action and the related filing fee.  ECF No. 6.  That order will be vacated herein.

                                             1

1    The amount of funds in petitioner's trust fund account shows that he is able to pay the

2    filing fee and costs.  Thus, petitioner has made an inadequate showing of indigency.  See

3    Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993).  Petitioner will therefore be

4    granted twenty-one days within which to submit the appropriate filing fee to the Clerk of Court.

5    Petitioner is cautioned that failure to pay the fee will result in a recommendation that the

6    application to proceed in forma pauperis be denied and the instant action be dismissed without

7    prejudice.

8    Accordingly, IT IS HEREBY ORDERED that:

9    1.  The previously issued order directing petitioner to pay the filing fee for a civil rights

10   action (ECF No. 6) is VACATED, and

11   2.  Within twenty-one days from the date of this order, petitioner shall submit the

12   appropriate filing fee.

13   DATED: June 14, 2022

14

ALLISON CLAIRE
15   UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2