UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT BURTON,<br><br>    Respondent. | No. 2:22-cv-00568 TLN AC<br><br><br>ORDER TO SHOW CAUSE |

    Petitioner is a former state inmate proceeding pro se and in forma pauperis in this habeas corpus action challenging the California Department of Corrections and Rehabilitation's computation of his eligibility for a youthful offender parole hearing. A review of the docket indicates that petitioner was released from custody. In light of petitioner's change in custody, the court will direct petitioner to show cause why the pending habeas corpus petition should not be dismissed as moot.

    Accordingly, IT IS HEREBY ORDERED that petitioner show cause in writing within 21 days from the date of this order why the pending habeas corpus petition should not be dismissed as moot.

DATED: October 12, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE