UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT BURTON,<br><br>　　　　　Respondent. | No.  2:22-cv-00568-TLN-AC<br><br><br>**ORDER** |

Petitioner, a former state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 6, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 19.)  Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1 | Accordingly, IT IS HEREBY ORDERED that:

2 |    1. The findings and recommendations filed on February 6, 2024 (ECF No. 19)

3 |       ADOPTED IN FULL;

4 |    2. Petitioner's Application for Writ of Habeas Corpus (ECF No. 1) is DENIED;

5 |    3. The Court DECLINES to issue the certificate of appealability referenced in 28

6 |       U.S.C. § 2253;

7 |    4. Petitioner's Motion to Amend (ECF No. 17) is DENIED as moot;

8 |    5. Respondent's Motion to Dismiss (ECF No. 15) is DENIED as moot; and

9 |    6. The Clerk of Court is directed to close this case.

Date: March 11, 2024

*[signature]*

Troy L. Nunley
United States District Judge